IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | Date of |
| --- | --- | --- |
|  | : | Notice: March 20, 2013 |
| vs. | : |  |
|  | : |  |
|  | : | Criminal No. 09-773 |
| Gerry McKenzie |  |  |

**TAKE NOTICE** that the above-entitled case has been set for **Sentencing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Wednesday July 10, 2013** at **11:00 a.m.** before the **Honorable C. Darnell Jones II**. Counsel to contact chambers one day prior to trial to obtain courtroom assignment.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

# No INTERPRETER REQUIRED

**continued from 4/15/13

    Very truly yours



    A`iShah El-Shabazz
    Courtroom Deputy to Judge Jones

    Notice to:
    Defendant
    Nialena Caravasos, Defense Counsel
    Ashley Lunkenheimer, A.U.S.A.
    U.S. Marshal
    Probation Office
    Pretrial Services
    Larry Bowman